### Keith JUBILEE, Sr., Plaintiff–Appellant,

v.

### EASTERN SHORE REGIONAL JAIL, operators; Eastern Shore Regional Jail Board of Directors, Governing Board, Defendants–Appellees.

No. 15–7306.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 21, 2016.

Decided: March 2, 2016.

Keith Jubilee, Sr., Appellant Pro Se.

Before WYNN, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Jubilee, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jubilee v. Eastern Shore Reg'l Jail,* No. 1:15–cv–00652–JCC–TCB (E.D.Va. May 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*